**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400

KATE S. GOLD (admitted pro hac vice)
Kate.Gold@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517
Telephone:    (310) 203-4000
Facsimile:    (310) 229-1285
*Attorneys for Defendant Bed Bath & Beyond, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, and individual;<br><br>Plaintiff,<br><br>vs.<br><br>BED BATH & BEYOND, INC.,<br><br>Defendant. | CASE NO. 2:17-cv-00519-GMN-GWF<br><br><br>**STIPULATION AND ORDER RE:<br>DISMISSAL WITH PREJUDICE** |

Plaintiff Kevin Zimmerman, by and through the undersigned counsel, The Wilcher Firm, and Defendant Bed Bath & Beyond Inc. ("Defendant"), by and through the undersigned counsel, the law firm Dickinson Wright PLLC, hereby agrees and stipulates as follows:

/ / /

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and BBB that the Parties agree to dismiss all claims and causes of action alleged in the Complaint, known or unknown, against one another with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

DATED this 13 day of July, 2017.

THE WILCHER FIRM

By: */s/ Whitney C. Wilcher*
Whitney C Wilcher
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
(702) 528-5201
Email: wcwilcher@hotmail.com
*Attorney for Plaintiff*

DATED this 13 day of July, 2017.

DICKINSON WRIGHT PLLC

By: */s/ Cynthia L. Alexander, Esq.*
Cynthia L. Alexander
Nevada Bar No. 6718
Taylor Anello
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Bed Bath & Beyond, Inc.*

**ORDER**

Pursuant to the foregoing Stipulation, and good cause showing therefore:

IT IS SO ORDERED by and between Plaintiff and BBB that the Parties agree to dismiss all claims and causes of action alleged in the Complaint, known or unknown, against one another with prejudice.

IT IS FURTHER ORDERED that each party will bear its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED this  20  day of July 2017.

Respectfully Submitted by:

DICKINSON WRIGHT PLLC

By: */s/ Cynthia L. Alexander, Esq.*
Cynthia L. Alexander
Nevada Bar No. 6718
Taylor Anello
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Bed Bath & Beyond, Inc.*

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 13 day of July 2017, she served a copy of the foregoing STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE by filing through electronic service to all interested parties, through the Court's **ECF** system addressed to:

Whitney C Wilcher
The Wilcher Firm
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
(702) 528-5201
Email: wcwilcher@hotmail.com
*Attorney for Plaintiff*

/s/ *Angelica Jimenez*
An employee of Dickinson Wright PLLC